UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03-MDL-1570 (GBD)(SN)** |
| SWISS REINSURANCE AMERICA CORPORATION, SWISS RE INTERNATIONAL S.E., WESTPORT INSURANCE CORPORATION, SWISS RE EUROPE S.A., and SWISS REINSURANCE COMPANY LTD.,<br><br>                                    Plaintiffs,<br><br>               - *against* -<br><br>KINGDOM OF SAUDI ARABIA,<br><br>                                    Defendant. | **18-CV-12109**<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, Swiss Reinsurance America Corporation, Swiss Re International S.E., Westport Insurance Corporation, Swiss Re Europe S.A., and Swiss Reinsurance Company Ltd. (collectively "Swiss Re"), all are directly or indirectly wholly-owned by Swiss Re Ltd., a company listed on the SIX Swiss Exchange. No publicly held corporation owns 10% or more of Swiss Re Ltd. The intermediate parent entities, where applicable, are set forth below.

Swiss Reinsurance America Corporation is wholly-owned by Swiss Re America Holding Corporation, which in turn is wholly-owned by Swiss Re Reinsurance Holding Company Ltd., which in turn is wholly-owned by Swiss Reinsurance Company Ltd., which in turn is wholly-owned by Swiss Re Ltd.

2

Swiss Re International S.E. is wholly-owned by Swiss Re Corporate Solutions Ltd., which in turn is wholly-owned by Swiss Re Ltd.

Westport Insurance Corporation is wholly-owned by SR Corporate Solutions America Holding Corporation, which in turn is wholly-owned by Swiss Re Corporate Solutions Ltd., which in turn is wholly-owned by Swiss Re Ltd.

Swiss Re Europe S.A. is wholly-owned by Swiss Re Europe Holdings S.A., which in turn is wholly-owned by Swiss Re Reinsurance Holding Company Ltd., which in turn is wholly-owned by Swiss Reinsurance Company Ltd., which in turn is wholly-owned by Swiss Re Ltd.

Swiss Reinsurance Company Ltd. is wholly-owned by Swiss Re Ltd.

Dated:   December 21, 2018                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　  /s/ Thorn Rosenthal
　　　　　　　　　　　　　　　　　　　　　　Thorn Rosenthal
　　　　　　　　　　　　　　　　　　　　　　Sara E. Ortiz
　　　　　　　　　　　　　　　　　　　　　　CAHILL GORDON & REINDEL LLP
　　　　　　　　　　　　　　　　　　　　　　80 Pine Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　(212) 701-3000
　　　　　　　　　　　　　　　　　　　　　　trosenthal@cahill.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Swiss Re*